Jan K. Tomasik
Nevada Bar No. 15104
jtomasik@cozen.com
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone:  702.470.2330
Facsimile:  702.470.2370
*Attorneys for Defendant*
*Irwin Seating Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSANN MILLER, an individual,<br><br>Plaintiff<br><br>v.<br><br>MSG LAS VEGAS, LLC, a limited liability company, MSG LV CONSTRUCTION, a foreign corporation, IRWIN SEATING COMPANY, a foreign corporation, DOE MANAGERS I through X; DOE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally;<br><br>Defendants | Case No.:  2:26-cv-01891-CDS-MDC<br><br>**Order Approving STIPULATION FOR REMAND OF CASE TO STATE COURT**<br><br>[ECF No. 7] |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their counsel of record, that this case be remanded to State Court.

## I.   THE PARTIES' STIPULATION

1.  On April 30, 2026, a lawsuit was commenced in the Eighth Judicial District Court for Clark County, Nevada, entitled Susann Miller v. MSG Las Vegas, LLC, et. al. (Case No. A-26-945403-C).

2.  On June 23, 2026, Defendant Irwin Seat Company filed a Removal Petition (ECF dkct. 1), removing the State Court case above referenced to Federal Court.

3.  Recently discussions about the case and the Plaintiffs' claims were held amongst parties' counsel.

4.  The parties have agreed to a Stipulated Remand of this case to the state court from which it was removed for all further proceedings.

**IT IS SO STIPULATED.**

DATED: June 29, 2026

DATED this 29 day of June 2026                    DATED this 29 day of June 2026

COZEN O'CONNOR                                     D.R. PATTI & ASSOCIATES


*/s/ Jan K. Tomasik*                               */s/ Troy A. Clark*
JAN K. TOMASIK, ESQ.                               TROY A. CLARK, ESQ.
Nevada Bar No. 15104                               Nevada Bar No. 11361
1180 North Town Center Drive, Suite 260            720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89144                            Las Vegas, Nevada 89101
*Attorneys for Defendant Irwin Seating*            *Attorneys for Plaintiff Susann Miller*
*Company*

## **ORDER**

Having reviewed the parties' written stipulation to remand, it is hereby ordered that this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of Court is kindly instructed to remand Case No. A-26-945403-C to the Eighth Judicial District Court, Department 18, and to close this case.

Dated: June 29, 2026

_____
United States District Judge

_Respectfully submitted by:_

COZEN O'CONNOR

_/s/ Jan K. Tomasik_
JAN K. TOMASIK, ESQ.
Nevada Bar No. 15104
1180 North Town Center Drive, Suite 260
Las Vegas, Nevada 89144
_Attorneys for Defendant_
_Irwin Seating Company_